UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: **09-22269-CIV-MORENO**

JOAQUIN GARCIA and all others similarly
situated under 29 U.S.C. 216(B),

    Plaintiff,

vs.

EMPIRE V.P.S., INC. and JOSE A. DUARTE,

    Defendants.
_____/

## DEFAULT FINAL JUDGMENT

THIS CAUSE came before the Court upon Plaintiff's Motion for Final Default Judgment **(D.E. No. 9)**, filed on **September 30, 2009**.

THE COURT has considered the motion and the pertinent portions of the record, and is otherwise fully advised in the premises. A default has been entered against Defendants Empire V.P.S., Inc. and Jose A. Duarte for failure to answer or otherwise plead to the Summons and Complaint served by Plaintiff. Counsel for Plaintiff filed an Affidavit with the Court as to the amount due from Defendants. Accordingly, it is

**ADJUDGED** that the Motion for Default Final Judgment is **GRANTED**. Judgment is hereby entered in favor of Plaintiff JOAQUIN GARCIA and against Defendant EMPIRE V.P.S., INC. and JOSE A. DUARTE. It is further

**ADJUDGED** that Plaintiff shall recover from Defendant compensatory damages in the amount of $16,425 and attorney's fees and costs in the amount of $1,710; for a sum total of $18,135. Interest shall accrue on this judgment pursuant to 28 U.S.C. § 1961. For which sum let execution

issue.

DONE AND ORDERED in Chambers at Miami, Florida, this \_\_\_ day of October, 2009.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies provided to:

Counsel of Record